USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2022

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF N

AUTH TOKEN LLC,

    Plaintiff,

v.

TD BANK, N.A.,

    Defendant.

Case No. 1:21-cv-09355-AT

Patent Case

Jury Trial Demanded

## JOINT MOTION TO DISMISS

Now come Plaintiff, Auth Token LLC, and Defendant, TD Bank, N.A., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, and hereby move this Court to dismiss all claims against Defendant TD Bank, N.A. WITH PREJUDICE and all counterclaims against Plaintiff Auth Token LLC WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: February 8, 2022

FISH & RICHARDSON P.C.

By: /s/ Scott M. Flanz
Scott M. Flanz
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
flanz@fr.com

ATTORNEY FOR DEFENDANT

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

/s/ Howard L. Wernow
Howard L. Wernow (*Pro hac vice*)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: howard.wernow@sswip.com

ATTORNEY FOR PLAINTIFF

SO ORDERED.

Dated: February 9, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge